**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**ASHLAND DIVISION**

IN RE

KEITH A LEADINGHAM                                              CASE NO. 25-10247
CYNTHIA J LEADINGHAM

DEBTOR(S)

**ORDER**

It appearing to the Court that Debtor(s) has not complied with the Orders to file required documents [ECF Nos. 5 and 6] entered September 25, 2025, and the Court being otherwise properly and sufficiently advised,

It is ORDERED this case is DISMISSED for failure to file the following documents:

- ☒ Schedules A-J
- ☒ Declaration About an Individual Debtors Schedules
- ☒ Summary of Your Assets and Liabilities and Certain Statistical Information
- ☒ Statement of Financial Affairs for Individuals Filing for Bankruptcy
- ☒ Statement of Your Current Monthly Income
- ☐ Disclosure of Compensation of Attorney for Debtor
- ☒ Certificate(s) of Credit Counseling
- ☒ Chapter 13 Plan

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Douglas L. Lutz*
**Bankruptcy Judge**
Dated: Wednesday, October 15, 2025
(dll)