# UNITED STATES BANKRUPTCY COURT
### Eastern District of Kentucky
### Ashland Division

Mailing Address: 100 E Vine Street Ste 200, Lexington, KY 40507−1430

In re  Keith A Leadingham
       Cynthia J Leadingham
       256 Goose Creek
       Olive Hill, KY 51164
       256 Goose Creek
       Olive Hill, KY 51164

Case No. 25−10247−dll

Chapter: 13

aka/dba: Cynthia J Lowe

SSN/TID: xxx−xx−1272
         xxx−xx−3211

Debtor(s)

## NOTICE OF DISMISSAL

You are hereby notified that an order was entered on 10/15/2025, dismissing the above−captioned chapter 13 case.

DATED: October 15, 2025



By the Court −

/s/Douglas L. Lutz
Douglas L. Lutz
U.S. Bankruptcy Judge